1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARLOS ESPINO,                                    No.  2:15-cv-00423-MCE-AC

12                    Plaintiff,

13          v.                                          ORDER

14    WALLGREENS PHARMACY,

15                    Defendant.

16

17          On March 19, 2015, defendant filed a motion to dismiss that set the hearing before Chief

18    Judge Morrison C. England, Jr.  ECF No. 4.  That motion was vacated after this action was

19    referred to the undersigned pursuant to Local Rule 302(c)(21).  ECF No. 7.  On March 25, 2015,

20    defendant filed a subsequent motion to dismiss properly noticed before the undersigned.  ECF

21    No. 8.  The hearing on defendant's motion to dismiss was set for April 22, 2015.  No opposition

22    to the motion to dismiss has been filed.

23          Local Rule 230(c) provides that opposition to the granting of a motion must be filed

24    fourteen (14) days preceding the noticed hearing date.  The Rule further provides that "[n]o party

25    will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

26    motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides that

27    failure to appear may be deemed withdrawal of opposition to the motion or may result in

28    sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

                                                    1

1    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

2    inherent power of the Court."

3          Good cause appearing, IT IS HEREBY ORDERED that:

4          1.  The hearing date of April 22, 2015, is vacated.  Hearing on defendant's motion to

5    dismiss, ECF No. 8, is continued to May 20, 2015, at 10:00 a.m. in Courtroom No. 26.

6          2.  Plaintiff shall file opposition, if any, to the amended motion to remand no later than

7    May 6, 2015.  Failure to file an opposition and appear at the hearing will be deemed as a

8    statement of non-opposition and may result in a recommendation that this action be dismissed.

9    DATED:  April 17, 2015

10   _____
     ALLISON CLAIRE
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2