UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPINO,<br><br>             Plaintiff,<br><br>     v.<br><br>WALLGREENS PHARMACY,<br><br>             Defendant. | No.  2:15-cv-00423 MCE AC (PS)<br><br><br><br>ORDER |

On June 25, 2015, defendant filed a motion to dismiss plaintiff's First Amended Complaint, noticing it to be heard on July 29, 2015.  ECF No. 16.  No opposition to the motion, and no statement of non-opposition, has been filed.  This is the second time plaintiff has failed to file a timely response to a motion to dismiss.  See ECF No. 9 (ordering plaintiff to respond to motion to dismiss the original complaint).

The Local Rules of this court provide that opposition to the granting of a motion must be filed fourteen (14) days preceding the noticed hearing date.  E.D. Cal. R. ("Local Rule") 230(c). The Local Rules further provide that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Id.  In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and

all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of July 29, 2015, is vacated. The hearing on defendant's motion to dismiss (ECF No. 16) is CONTINUED to August 19, 2015, at 10:00 a.m.;

2. Plaintiff shall file his opposition to the motion, or a statement of non-opposition, no later than August 5, 2015, at 4:30 p.m. Failure to file an opposition or appear at the hearing will be deemed to be a statement of non-opposition, and/or a failure to prosecute, and may result in a recommendation that this action be dismissed; and

3. Defendant shall file its reply, if any, no later than August 12, 2015, at 4:30 p.m.

DATED: July 22, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2